UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BANERIAN, et al.,

      Plaintiffs,                    Case No. 1:22–cv–54

v.                                Hon. Paul L. Maloney

JOCELYN BENSON, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

    NOTICE is hereby given that the above-captioned case was filed in this court on January 20, 2022 . The case has been assigned to Paul L. Maloney .

                                        CLERK OF COURT

Dated:  January 21, 2022      By:   /s/ S. Kivela_____
                                             Deputy Clerk