UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BANERIAN, *et al.*,
      Plaintiffs,

v.

JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*,
      Defendants.

No. 1:22-cv-54

Three-Judge Court

**ORDER**

In accordance with the unanimous Opinion of the Panel issued on this date,

**IT IS HEREBY ORDERED** that the partial motions to dismiss filed by Intervenor-Defendant Count MI Vote (ECF No. 32), by Intervenor-Defendants Sybil Bade, Marsha Caspar, Collin Christner, Glenna DeJong, Susan Diliberti, Susannah Goodman, Grace Huizinga, Hedwig Kaufman, Melany Mack, Joan Swartz McKay, Jordan Neuhaus, Samantha Neuhaus, Ashley Prew, Pamela Tessier, Lisa Wignet, Matthew Wignet, and Cayley Winters (ECF No. 34), by Defendants Douglas Clark, Juanita Curry, Anthony Eid, Brittni Kellom, Rhonda Lange, Steven Terry Lett, Cynthia Orton, M. C. Rothhorn, Rebecca Szetela, Janice Vallette, Erin Wagner, Richard Weiss, and Dustin Witjes (ECF No. 41), and by Defendant Jocelyn Benson (ECF No. 44) are GRANTED.

**IT IS FURTHER ORDERED** that Count II of Plaintiffs' complaint is DISMISSED.

Dated: March 4, 2022

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge on
Behalf of the Three-Judge Panel