UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BANERIAN, *et al.*,<br>    Plaintiffs, | )<br>)<br>)    No. 1:22-cv-54 |
| v. | )<br>)    Three-Judge Court |
| JOCELYN BENSON, in her official capacity as the Secretary of State of Michigan, *et al.*,<br>    Defendants, | )<br>)<br>)<br>) |
| and | ) |
| JOAN SWARTZ MCKAY, *et al.*<br>    Intervenor-Defendants, | )<br>) |
| and | ) |
| COUNT MI VOTE d/b/a VOTERS NOT POLITICIANS,<br>    Intervenor-Defendants. | )<br>)<br>) |

## ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

In accordance with the unanimous Opinion of the Panel issued on this date,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for a preliminary injunction (ECF No. 9) is **DENIED**.

**IT IS SO ORDERED**.

Date: April 1, 2022                /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge on
                                                       Behalf of the Three-Judge Panel