## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: May 05, 2022

Mr. Charles R. Spies  
Clark Hill  
1001 Pennsylvania Avenue, N.W.  
Suite 1300, S.  
Washington, DC 27713

Mr. Jason Brett Torchinsky  
Holtzman Vogel Josefiak Torchinsky  
15405 John Marshall Highway  
Haymarket, VA 20169

Re: Case No. 22-1399, *Michael Banerian, et al v. Jocelyn Benson, et al*  
Originating Case No. : 1:22-cv-00054

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Connor  
Case Manager  
Direct Dial No. 513-564-7033

cc: E. Mark Braden  
    Mr. Thomas Dorwin  
    Mr. David H. Fink  
    Ms. Heather S. Meingast

Enclosure

Case No. 22-1399

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MICHAEL BANERIAN; MICHON BOMMARITO; PETER COLOVOS; WILLIAM GORDON; JOSEPH GRAVES; BEAU LAFAVE; SARAH PACIOREK; CAMERON PICKFORD; HARRY SAWICKI; MICHELLE SMITH

      Plaintiffs - Appellants

v.

JOCELYN BENSON, Secretary of State; DOUGLAS CLARK, Michigan Independent Citizens Redistricting Commission; JUANITA CURRY, Michigan Independent Citizens Redistricting Commission; ANTHONY EID, Michigan Independent Citizens Redistricting Commission; RHONDA LANGE, Michigan Independent Citizens Redistricting Commission; STEVEN TERRY LETT, Michigan Independent Citizens Redistricting Commission; BRITTNI KELLOM, Michigan Independent Citizens Redistricting Commission; CYNTHIA ORTON, Michigan Independent Citizens Redistricting Commission; M. C. ROTHHORN, Michigan Independent Citizens Redistricting Commission; REBECCA SZETELA, Michigan Independent Citizens Redistricting Commission; JANICE VALLETTE, Michigan Independent Citizens Redistricting Commission; ERIN WAGNER, Michigan Independent Citizens Redistricting Commission; RICHARD WEISS, Michigan Independent Citizens Redistricting Commission; DUSTIN WITJES, Michigan Independent Citizens Redistricting Commission

      Defendants - Appellees

  Upon further review, the clerk notes that the plaintiffs sought to appeal directly to the Supreme Court of the United States pursuant to 28 U.S.C. § 1253.  As such, it is not an appeal to this court, and should not have been opened as such.

  Accordingly, this appeal is hereby **DISMISSED** as improvidently docketed.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued:  May 05, 2022