# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 21, 2022

Clerk
United States District Court for the Western
District of Michigan
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

**FILED - GR**
June 27, 2022 1:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /6-27

Re: Michael Banerian, et al.
v. Jocelyn Benson, Michigan Secretary of State, et al.
Application No. 21A831
(Your No. 1:22-cv-54)

Dear Clerk:

The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Kavanaugh, who on June 21, 2022, extended the time to and including July 28, 2022.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jason Brett Torchinsky
Holtzman Vogel Baran Torchinsky Josefiak PLLC
2300 N Street, N.W.
Suite 643A
Washington, DC 20037


Clerk
United States District Court for the Western District of Michigan
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503



OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NEOPOST
06/22/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601

