# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 1, 2022

**FILED - GR**
August 4, 2022 11:52 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JU / 8-4

Clerk
United States District Court for the Western
District of Michigan
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI  49503

Re:  Michael Banerian, et al.
v. Jocelyn Benson, Michigan Secretary of State, et al.
No. 22-92
(Your No. 1:22-cv-54)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court July 28, 2022 and placed on the docket August 1, 2022, as No. 22-92.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NEOPOST
08/01/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601

4950342363 C040