# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 9, 2022

Clerk
United States District Court
  for the Western District of Michigan
399 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

      Re:  **Michael Banerian, et al.
v. Benson, MI Sec. of State, et al.
No. 22-92 (Your docket No. 1:22-cv-54)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      *M. Altner*
      M. Altner
      Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 9, 2022

Mr. Jason Brett Torchinsky, Esq.
Holtzman Vogel Baran Torchinsky Josefiak PLLC
15405 John Marshall Hwy
Haymarket, VA 20169

Ms. Fadwa A. Hammoud, Esq.
Michigan Department of the Attorney General
PO Box 30212
Lansing, MI 48909

    Re:  Michael Banerian, et al.
          v. Benson, MI Sec. of State, et al.
          No. 22-92

Dear Counsel:

     Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the Western District of Michigan.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Judgments/Mandates Clerk

cc:  Clerk, U.S.D.C. W.D. Mich.
     (Your docket No. 1:22-cv-54)

## Supreme Court of the United States

No.  22–92

**MICHAEL BANERIAN, ET AL.,**

Appellants

v.

**JOCELYN BENSON, MICHIGAN SECRETARY OF STATE, ET AL.**

**ON APPEAL** to the United States District Court for the Western District of Michigan.

**THIS CAUSE** having been submitted on the jurisdictional statement and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed as moot.

November 7, 2022

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States